**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-1378**

In re: ROBERT MICHAEL ARDIS,

      Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  June 25, 2026                                Decided:  June 30, 2026

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Robert Michael Ardis, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Michael Ardis, a Florida prisoner, petitions this court for a writ of habeas corpus, seeking immediate release from state custody. We dismiss the petition for lack of jurisdiction.*

Pursuant to 28 U.S.C. § 2241(a), "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." But that statute "does not similarly confer jurisdiction on courts of appeals." *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004) (internal quotation marks omitted). Instead, "it confers jurisdiction on 'any *circuit judge* within their respective jurisdictions.'" *Id.* (quoting 28 U.S.C. § 2241(a)). So "while a single circuit judge may entertain a habeas petition, courts of appeals may not." *Id.* (emphasis omitted). We therefore lack jurisdiction over Ardis's habeas petition. And although we may transfer the petition to an appropriate district court, we conclude that transfer is not "in the interest of justice." 28 U.S.C. § 1631; *see* 28 U.S.C. § 2241(b).

We therefore dismiss the petition for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

---

\* Ardis also moves for immediate release and for a hearing. In light of our dismissal of the petition for a writ of habeas corpus, we deny those motions as moot.

2